

**ORDERED in the Southern District of Florida on February 27, 2023.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                                 Case No. 22-18808-LMI
                                                                              Chapter 11
MARIN ASSOCIATES LLC,
                    Debtor.
_____/

**ORDER GRANTING U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF LSF9 MASTER PARTICIPATION TRUST'S MOTION TO DISMISS CHAPTER 11 CASE PURSUANT TO §1112(B) WITH BAR TO RE-FILING**
**(RE: 7339 Bounty Drive, Sarasota, Florida 34231)**

**THIS CAUSE** came before the Court on February 23, 2023, upon the *Motion to Dismiss Chapter 11 Case Pursuant to §1112(b) with Bar to Re-Filing* ("Motion to Dismiss"), [Dkt No. 24] filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust ("U.S. Bank"), by and through its authorized loan servicer Fay Servicing, LLC ("Fay"). For the reasons stated orally and recorded in open court, constituting this Court's findings, it is

**ORDERED** as follows:

1. This case is **DISMISSED WITH PREJUDICE** for 180 days.

2. Debtor is hereby **ENJOINED, BARRED,** and **PROHIBITED** from filing another bankruptcy case anywhere within 180 days from February 23, 2023, through and including August 22, 2023.

###

SUBMITTED BY:

Wanda D. Murray
FL Bar No.: 566381
Aldridge | Pite LLP
Attorney for Secured Creditor
Six Piedmont Center
3525 Piedmont Road, N.E., Suite 700
Atlanta, GA 30305
Phone: (404) 994-7400
wmurray@aldridgepite.com


Wanda D. Murray is directed to serve copies of this order on the parties listed and file a certificate of service.

| **DEBTOR** | **UNITED STATES TRUSTEE** |
|---|---|
| Marin Associates LLC | Office of the US Trustee |
| c/o: JORGE FLOREZ & GUILLERMO MARIN | 51 S.W. 1st Ave. |
| PO Box 530712 | Suite 1204 |
| Miami, FL 33153 | Miami, FL 3313 |

GUILLERMO MARIN
1240 Solitude Ln.,
Sarasota, FL 34242

**DEBTOR'S ATTORNEY**
David Winker
dwinker@dwrlc.com